UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA CLEMONS,

    Plaintiff,

v.

PHIL'S BAR & GRILLE, LLC, et al.,

    Defendants.

_____/

Case No. 1:21-cv-933

HON. JANE M. BECKERING

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Approve Settlement Agreement and for Order of Dismissal with Prejudice (ECF No. 23). The Court, having scrutinized the settlement agreement, is satisfied that it was reached as a result of contested litigation, and is a fair and reasonable resolution of a bona fide dispute between the parties. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Green v. Hepaco*, *LLC*, No. 2:13-cv-2496, 2014 WL 2624900, at *3 (W.D. Tenn. June 12, 2014). Accordingly, the Court grants the Motion. Accordingly:

**IT IS HEREBY ORDERED** that the Joint Motion to Approve Settlement Agreement and for Order of Dismissal with Prejudice (ECF No. 23) is GRANTED. The Settlement Agreement is approved.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED with prejudice and without costs.

Dated:  April 25, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge